**EISENBAND LAW, P.A.**
Michael Eisenband, Esq.
Florida Bar No. 94235
515 E. Las Olas Boulevard
Suite 3100
Ft. Lauderdale, Florida 33301
Email: MEisenband@Eisenbandlaw.com
Telephone: 954.732.2792

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **Austin Iwamoto,** individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>**Sea of Green L.L.C.,**<br><br>       Defendant. | **Case No.: 2:25-cv-00884-SHD**<br><br>**JOINT NOTICE OF SETTLEMENT** |

Plaintiff Austin Iwamoto and Defendant Sea of Green, LLC hereby gives notice that the Parties have reached a settlement with respect to Plaintiff's individual claim.

The Parties anticipate filing a dismissal with prejudice as to Plaintiff's individual claim within Thirty (30) days and without prejudice as to any claims of the proposed class.

Respectfully Submitted,

Dated: August 7, 2025

Respectfully submitted,

| **EISENBAND LAW, P.A.** | SCHERN RICHARDSON FINTER |
|---|---|

JOINT STIPULATION OF DISMISSAL

1

| EISENBAND LAW P.A. | SCHERN RICHARDSON FINTER |
|---|---|
| */s/ Michael Eisenband*<br>Michael Eisenband<br>Florida Bar No. 94235<br>515 E. Las Olas Boulevard, Suite 120<br>Ft. Lauderdale, Florida 33301<br>Email: MEisenband@Eisenbandlaw.com<br>Telephone: 954.732.2792<br>*Pro Hac Vice*<br><br>*Attorneys for Plaintiff* | */s/Aaron M. Finter*<br>Aaron M. Finter<br>1640 South Stapley Drive, Suite 132<br>Mesa, Arizona 85204<br>www.srflawfirm.com<br>aaron@srflawfirm.com<br>480-632-1929 Main<br>480-632-1938 Fax<br><br>*Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025 I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Michael Eisenband*